**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000557
23-FEB-2024
11:36 AM
Dkt. 122 OCOR**

NO. CAAP-19-0000557

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MICHAEL T. WILLENBORG, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 1CPC-17-0001516)

<u>ORDER OF CORRECTION</u>
(By:  Leonard, Acting Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on February 23, 2024, is corrected by replacing "WILLENBOEG" with "WILLENBORG" in the case caption on page 1 at line 5 from the top so that as corrected, the text reads: "MICHAEL T. WILLENBORG, Defendant-Appellant".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED:  Honolulu, Hawaiʻi, February 23, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge

---

[1]    Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.